```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GEORGETTE FRANZONE et al.,         :

        Plaintiffs,         :

                **ORDER**

        -v.-         :  14 Civ. 3043 (GHW) (GWG)

SUSAN CHANA LASK,         :

        Defendant.         :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge:

       The Court is in receipt of a letter dated August 1, 2014 from plaintiffs and a letter dated August 4, 2014 from defendant. There have been additional filings on the ECF system (Docket ## 55 & 56). The Court makes the following rulings.

1.    Mr. San Jose has a pending motion for admission pro hac vice that has not been ruled on. Unless and until that motion is granted, Mr. San Jose is directed not to appear in Court on this case in any manner, whether in person, by sending letters to the Court, or filing papers on the docket in his name.

2.    While defendant is now proceeding pro se, she is an attorney admitted to practice before this Court, as is plaintiffs' counsel. All attorneys are warned that the Court will not tolerate personal attacks being made on opposing counsel. Notably, to the extent the attacks are intended to sway the Court in favor of the author, they in fact have the opposite effect. The Court will issue a sanction in the event such attacks are contained in any future submissions. The Court is confident counsel are capable of referring to and addressing each other with decorum.

3.    Additionally, the Court reminds each attorney that they are expected to make themselves available for consultation with the other side with respect to the litigation of this matter. Telephone calls shall be returned within one business day absent an emergency. The Court will not again entertain an application pursuant to Paragraph 1.E of this Court's Individual Practices in the absence of information as to opposing counsel's position on the application.

4.    Service of papers are normally through the ECF system. If they are made by other means, counsel should cooperate and send materials to the address supplied by the other side.

5.    The Court recalls that a brief letter came from Ms. Lask sometime in the last week regarding the process of filing her motion papers with the Clerk's Office under seal. It raised no substantive issues. The Court cannot locate its copy of the letter but if Ms.

Lask has it, she should send a copy to plaintiffs' counsel promptly.

6. The deadline for plaintiffs to file a response to the submissions that were the subject of the July 21, 2014 Order is extended to August 11, 2014. Defendant may reply to plaintiffs' response by August 18, 2014.

7. Finally, absent extraordinary circumstances, contact with Chambers is to be exclusively in writing and not by means of the telephone.

SO ORDERED.

Dated: August 5, 2014
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge