UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
GEORGETTE FRANZONE &                 )        Electronically Filed
JONATHAN MANN,                       )
                  Plaintiffs,     )
                                     )
     vs.                            )        Case No **14-cv-03043 GHW**
                                     )
                                     )
SUSAN LASK,                          )
                                     )
                  Defendants.     )
_____)

**PLAINTIFF'S OBJECTIONS AND REQUEST FOR ADMINISTRATIVE ACTION**

**TO THE HONORABLE JUDGE OF SAID COURT:**

    **NOW COMES** Douglas R. Dollinger attorney for Plaintiff Georgette Franzone presenting her Notice of Objection to ECF Filing and non- compliance filing concerning ECF filings by Pro-Se Defendant Susan Lask and for an Order directing Defendant to file her Answer to the Complaint or otherwise move.

    On July 21, 2014, the Court issued its Order setting filing deadlines related to Ms. Lask's Orders to Show Cause as requested sealing of docketed pleadings and exhibits. **[DE 42.]**

    For whatever reason Ms. Lask failed to timely file her Reply's in the matter on August 18, 2014, as directed by the Court and did not obtain an enlargement of time to file. Recently, there have been additional filings of

documents which appear to be identical as those previously filed late. **[DE 60, 61** and **63.]**

Frankly, the filings are confusing. They are distracting and require counsel to reread each of the filings. To make matters worse they are not compliant under ECF protocols. Rather than waste this Court's time despite the late filing Plaintiff takes no positon on the matter of whether the Court will or will not accept the Late filings.

And, notwithstanding the notice of error presented by this office to Ms. Lask concerning her service to the wrong address at our New York offices or the request that she serve our administrative office in North Carolina neither request has been complied with.

On a final note the Court should be aware that although her time to Answer or otherwise move had expired on July 27, 2014, no dispositive Motion has been filed or served by the Defendant.

This foregoing matters have been prejudicial to Plaintiff and Plaintiff respectfully request that the Court issue an order directing Defendant to correct the deficiencies by serving her answer or otherwise moving to dismiss by a date certain and otherwise complying with ECF protocol and the requested service upon our administrative offices.

Dated:

August 21, 2014

        Respectfully submitted,

          /**S**/   *Douglas R. Dollinger*
        Law Office of Douglas R. Dollinger, P.C.&
            Associates
        Douglas R. Dollinger, Esq.
        Bar No. NY 2354926
        50 Main Street-Suite 1000
        White Plains, New York 10924
        Telephone:  (845) 915-6800
        Facsimile:   (845) 915-6801
        E-mail: ddollingeresq@gmail.com
        *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, in accordance with the Rules, on this date August 21, 2014, a true and correct copy of the foregoing document was delivered to Defendants of Record, by both EFC means and by 1st class mail to or through their Counsel of Record at the address designated for such delivery and at the address designated for the Pro Se

_____/S/_____
Douglas R. Dollinger
The Law Offices If Douglas R. Dollinger, P.C.
   & Associates
Main Street- Suite 1000
White Plains, NY 10606
Telephone: 845-915-6800
Facsimile: 845-915-6801
E-mail: ddollingeresq@gmail.com