Law Offices of
# SUSAN CHANA LASK

**244 Fifth Avenue, Suite 2369**
**New York, N.Y. 10001**

(917) 300-1958        www.appellate-brief.com

<u>VIA ECF</u>

October 3, 2014

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
500 Pearl Street, Room 6B
New York, NY 10007

Re: <u>Franzone/Lask Docket 14-CV-03043</u>

Dear Honorable Judge Gorenstein:

  For the convenience of the court, I provide the following information that moots some arguments in the motions before it.

  In the motion to disqualify Mr. Dollinger, he argued in his opposition that Miguel San Jose could be a "chinese wall". That argument is moot as the attached filing in docket SDNY 10-cv-09691 confirms that Mr. San Jose is not associated with Mr. Dollinger since August 28, 2014. Additionally, Mr. San Jose filed for *pro hac vice* status in this matter. Likewise, that application is moot.

  For the court's convenience, I attach the proposed Order removing Mr. San Jose from this docket.

  Thank you for your attention to this matter.

            Very truly yours,
            LAW OFFICES OF SUSAN CHANA LASK

            */s/ Susan Chana Lask*

            SUSAN CHANA LASK

cc: Douglas Dollinger via *ECF*